742

*deS. Verdi* for petitioner. *Messrs. John P. Bartlett, Richard Eyre, Edward S. Rogers,* and *Ralph L. Scott* for respondent. ·

No. 818. INTERNATIONAL SILVER CO. *v.* ONEIDA COMMUNITY, LTD. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Richard Eyre, John P. Bartlett, Edward S. Rogers,* and *Ralph L. Scott* for petitioner. *Messrs. Harry D. Nims* and *Minturn deS. Verdi* for respondent.

No. 791. GUEST *v.* UNITED STATES. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Wm. E. Leahy* and *Wm. J. Hughes, Jr.,* for petitioner. *Solicitor General Reed,* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 795. UTAH COPPER CO. *v.* STEPHEN HAYS ESTATE, INC. ET AL. April 29, 1935. Petition for writ of certiorari to the Supreme Court of Utah denied. *Messrs. A. C. Ellis, Jr.,* and *C. C. Parsons* for petitioner. *Messrs. Carl A. Badger* and *H. Arnold Rich* for respondents.

No. 796. CORNELL ET AL. *v.* SEELEY ET AL. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. A. Keeling* for petitioners. *Mr. T. R. Boone* for respondents.